AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JARED L. COPE and JONEA C. COPE,
husband and wife,

                         Plaintiffs,

          v.

WINCO FOODS, INC.,

                         Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-5064-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that WinCo's motion for summary judgment is granted. The plaintiffs' hybrid § 301/fair representation claim is Dismissed with prejudice.

July 2, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson